[No. 9269-7-II. Division Two. October 5, 1987.]

ARVAL ALLISON, ET AL, *Appellants,* v. RYDERWOOD IMPROVE-MENT AND SERVICE ASSOCIATION, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85-2-00655-1, Don L. McCulloch, J., entered October 14, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 10195-5-II. Division Two. October 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-01993-1, J. Kelley Arnold, J., entered June 16, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 9988-8-II. Division Two. October 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD STACY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-00316-1, E. Albert Morrison, J., entered June 2, 1986. *Reversed* and *dismissed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.